STATE OF CONNECTICUT *v.* KENNETH WELLS

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 337 (AC 26671), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Glenn W. Falk,* special public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided May 22, 2007

STATE OF CONNECTICUT *v.* ALBERT PAGAN

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 671 (AC 26835), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided May 22, 2007

PENNY CHERNICK *v.* JOSEPHINE JOHNSTON

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 276 (AC 27077), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.